UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GREGORY LENARD MILLS,
        PLAINTIFF.

V.

CENTRAL FLORIDA REGIONAL
HOSPITAL
APIRE HEALTHCARE
MOLLY G. THOMPSON ECT. AL,
        DEFENDANTS.

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA
2022 NOV 14  PM 3:50

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA
2022 NOV 14  PM 3:49

FILED     RECEIVED

CASE NUMBER _____

# CIVIL RIGHTS COMPLAINT
## (1983)

COMES NOW, PLAINTIFF, GREGORY LENARD MILLS, PROSE MOVES THIS HONORABLE FEDERAL COURT A WRIT OF CIVIL Right COMPLAINT UNDER 1983, clue to PLAINTIFF CONSTITUTIONAL Rights have been VIOLATED UNDER THE EIGHTH AMENDMENT TO be FREE FROM CRUEL AND UNUSUAL punishment AND IN VIOLation OF pLAINtiFF FIFTH AmenDment UNDER PROCESS to the UniTed STATES CONSTITUTION AND AS grounds THEREFORE OFFERS THE Following:

(1). PLAINTIFF, IS being unLawFuL INCARCERated by the Above NAME DEFENDENts SINCE October 21, 2022 FRIDAY AROUND 3:00 o'clock. He was taken to the Central FLORIDA Regional HospitAL by a SANFORD poLICE OFFICER NAME CRAWFORD, FOR DRESSINg change OF his FEET before being taken to jaiL FOR TRESSPASSING. AS PLAINtiFF was going through the PROCESSing OF Getting his FEET taking CARE OF the OFFICERS LEFt without taking me. Then

(1)

the NURSE CAME IN MY ROOM AND told me that I had to SEE A psychological Doctor ON A T.V., AND I Refuse to talk to him at first. But the NURSE told me that I had too before I can get Release From the hospitial. So She turned the T.V. ON and A man came ON. He asked me A few questions AND I answered them. He told me that the Baker Act was LiFteD. THIS took place in the Emergency Room where they have vedio CAMERAS. A Spanish nurse came into My Room and said that I was being treated For my feet and told me that I was going to the third FLooR. I ARRiVeD up there and the NURSE told me that I was Baker Act and I was ON A mental HEALth FLooR UNDER Apirer Healthcare. I NEVER SEEN A judge IN two weeks and some Days. An no PAPERWORK OF the FiRst BAKER Act. On the 26TH OF October 2022, Somebody Name Molly THompson, FiLeD A Ex-PARte ORDER FOR InVoLuNTARy EXAmiNATion ON plaintiFF. DEFENDENt Molly G. THompson Suppose to be A Social worker here At the hospitial. PLaintiFF, NEUER

(2)

Saw Miss THOMPSON OR Spoken to her beFORE.

(2). I am attaching A copy oF the EX parte ORDER FOR INVOLUNTARY EXAMINATION AND plaintiFF had to hand DRAW this motion up because OF the DEFENDants power because I am filing on the hospitial that I am being UNlawsFUL INCARCERATED IN, AND they control the mailing system.

(3)

# RELIEF REQUEST

Plaintiff would like this Honorable Federal Court to grant Plaintiff in the amount of 20 thousands Dollars Each Denfendants in punitive Damages for unlawful incarcerated for the two and half weeks of being held at Central Florida Regional Hospitial. I would like to have a jury trial.

I Declare under penalty of perjury that the foregoing is true and correct.

Signed this ___28___ Day of October 2022.

_Gregory L. Mills_
GREGORY LENARD Mills

(4)

# CERTIFICATE OF SERVICE

I, HEREby CERTIFY that a TRUE AND CORRECT copy OF the FOREGOING has bEEN FURNISHED by UNITED States mail to the below Listed:

ASHLEY MOODY, ATTORNEY GENERAL
THE CAPITOL BuilDing
TAllAhASSEE, FLORIDA # 32399-1050

DRI this 28 DAY october 2022.

Gregory L. Mills
GREGORY LENARD Mills
CENTRAL FLORIDA REGIONAL HOSPITAL
1401 WEST Seminole BLVD.
SanfoRD, FLORIDA # 32771

(5)