**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

GREGORY LENARD MILLS,

        Plaintiff,

v.                                        Case No.: 6:22-cv-2122-WWB-DCI

CENTRAL FLORIDA REGIONAL
HOSPITAL, APIRE HEALTHCARE and
MOLLY G. THOMPSON,

        Defendants.
_____/

## ORDER

    THIS CAUSE is before the Court upon *sua sponte* review of the record. Plaintiff initiated this case on November 14, 2022, (*see* Doc. 1), but has neither paid the filing fee nor moved to proceed in forma pauperis. *See* M.D. Fla. R. 6.03(a). Accordingly, it is

    **ORDERED** that on or before **May 16, 2023**, Plaintiff shall either (1) file an Affidavit of Indigency or other application to proceed in forma pauperis or (2) pay the full filing fee. The failure to do so may result in dismissal of this case without further notice.

    **DONE AND ORDERED** in Orlando, Florida on May 2, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party