FILED
Date 6/5/2023
Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Mr. Gregory Mills
1204 South Pomegranate Ave.
Sanford, FL 32771

(address change)

6:22CV2122-WWB-DCI