# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

GREGORY LENARD MILLS,

      Plaintiff,

v.

CENTRAL FLORIDA REGIONAL
HOSPITAL, APIRE HEALTHCARE and
MOLLY G. THOMPSON,

      Defendants.
_____/

Case No.: 6:22-cv-2122-WWB-DCI

## **ORDER**

THIS CAUSE is before the Court upon *sua sponte* review of the record. On May 2, 2023, the Court ordered Plaintiff to file a motion to proceed *in forma pauperis* or pay the filing fee on or before May 16, 2023. (Doc. 5 at 1). Plaintiff was warned that the failure to do so might result in the dismissal of this case without further notice. (*Id.*). Plaintiff did not timely file a motion to proceed *in forma pauperis* or pay the filing fee. Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on June 7, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party